## 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉.

### ISGETT v. ISGETT.

January 22, 1920.

DIVORCE—*Desertion.*—The evidence in the instant case was held sufficient to establish desertion of a wife by her husband.

Appeal from a decree of the Circuit Court of Rockingham county. Decree for defendant. Complainant appeals.

*Reversed.*

The opinion states the case.

*Charles A. Hammer,* for the appellant.

No appearance for the appellee.

KELLY, P., delivered the opinion of the court.

This is a suit for divorce by Bertie Isgett against her husband, J. W. Isgett, on the ground of desertion. The circuit court denied the relief prayed for upon the authority of *Walker* v. *Walker,* 120 Va. 410, 91 S. E. 180. We are of opinion, however, that the evidence sufficiently established the desertion, and that, therefore, the case is not controlled by the decision of this court in *Walker* v. *Walker,* but belongs to the class of cases of which *Lamb* v. *Lamb, ante,* p. 256, 101 S. E. 223, and *Grim* v. *Grim, ante,* p. 245, 101 S. E. 140, are illustrations. The decree complained of will, therefore, be reversed, and a decree entered here in accordance with the prayer of the bill.

*Reversed.*